**Motion Granted; Order filed October 25, 2016.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-16-00778-CV
_____

**OLIVER B. FERGUSON, Appellant**

**V.**

**JOLANDA G. FERGUSON, Appellee**

**On Appeal from the County Court at Law No. 1
Fort Bend County, Texas
Trial Court Cause No. 16-CPR-029415**

## ORDER

This is an accelerated appeal from an order granting a temporary injunction.

On October 7, 2016, appellee filed a motion for enforcement of the temporary injunction by the trial court. *See* Tex. R. App. P. 29.4. Rule 29.4 provides that, while an appeal from an interlocutory order is pending, only the appellate court may enforce the order. *Id.* However, the rule also permits an appellate court to refer enforcement proceedings to the trial court. *See id.*

In her motion, appellee alleges appellant has not complied with the temporary injunction. Appellee's motion has been on file for more than ten days with no response from appellant. Appellee's motion is granted.

Accordingly, we order the Judge of the County Court at Law No. 1, Fort Bend County, to hold a hearing immediately concerning appellee's motion to enforce the September 26, 2016 order granting a temporary injunction. The trial court shall hear evidence and grant appropriate relief. The trial court shall file a supplemental clerk's record, containing the trial court's order on the enforcement motion, with the clerk of this court on or before November 15, 2016. Appellate deadlines are not stayed by this order.

PER CURIAM


Panel consists of Chief Justice Frost and Justices Boyce and Christopher.